

# Court of Appeals

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

PATRICK A. PIRTLE
Justice

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

August 1, 2017

Julie Goen Panger
THE KIECHLER LAW FIRM PLLC
619 Broadway
Lubbock, TX 79401
* DELIVERED VIA E-MAIL *

Kathryn H. Gurley
District Attorney
287th Judicial District
P.O. Box 729
Friona, TX 79035
* DELIVERED VIA E-MAIL *

**RE:** Case Number: 07-16-00347-CR, 07-16-00348-CR, 07-16-00349-CR
Trial Court Case Number: 2928

**Style:** Bernardo Luis Avila v. The State of Texas

Dear Counsel:

The Court this day issued an opinion and judgment in the captioned cause. TEX. R. APP. P. 48.

In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, **if any**, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Vivian Long*
VIVIAN LONG, CLERK

xc:   Honorable Gordon Houston Green (DELIVERED VIA E-MAIL)
Elaine Parker (DELIVERED VIA E-MAIL)